WILLIAM FARRELL, RESPONDENT, *v.* JAMES PIN-
GREE, APPELLANT.

REHEARING DENIED.

PETITION for rehearing, ante p. 443.

*Mr. C. C. Richards,* for appellant.

*Messrs. Smith & Smith,* for respondent.

BOREMAN, J.:

This application is based upon an alleged error in the
lower court. It is too late to bring such a matter to the
attention of this court at this time. It should have been
brought to our attention at the former hearing, if it was
deemed important. Rehearing is denied.

ZANE, C. J., and HENDERSON, J., concurred.